TRANS-ORIENTAL TRADERS, INC. *v.* UNITED STATES

No. 5177.—Invoice dated Kobe, Japan, September 28, 1936.
Certified October 2, 1936.
Entered at New York November 4, 1936.
Entry No. 762872.

(Decided March 18, 1941)

*Brooks & Brooks* (*F. W. Brooks* of counsel) for the plaintiff.

*Charles D. Lawrence,* Acting Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the issue herein and the issue in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, is the same, and that the appraised value, less certain additions, represents the proper dutiable export value, and that there is no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the items of merchandise marked A and checked WJP on the

invoice to be the appraised value, less any additions made by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.